**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-3674 |
| Plaintiff - Appellee, | D.C. No. 3:21-cr-02872-BAS-1 |
| v. | |
| MARK J. BOUCHER, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Cynthia A. Bashant, District Judge, Presiding

Submitted January 22, 2025**

Before:     CLIFTON, CALLAHAN, and BENNETT, Circuit Judges.

Mark J. Boucher appeals from the district court's judgment and challenges

the 60-month sentence imposed following his guilty-plea conviction for wire fraud

in violation of 18 U.S.C. § 1343.

Boucher's counsel filed a brief under *Anders v. California*, 386 U.S. 738

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

(1967), stating that there are no non-frivolous arguments for appeal. Appellant has not filed a pro se supplemental brief.

In the plea agreement, Boucher waived his right to appeal the sentence.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is granted.

**DISMISSED.**